**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-6099**

───────────────

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

MARTIN LOUIS BALLARD,

　　　　　　Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:12-cr-00232-RMG-14)

───────────────

Submitted:  December 13, 2023　　　　　　　　　　Decided:  January 17, 2024

───────────────

Before KING and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Martin Louis Ballard, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Louis Ballard appeals the district court's orders denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and his Fed. R. Civ. P. 59(e) motion to alter or amend the judgment. After reviewing the record, we conclude that the district court did not abuse its discretion in determining that Ballard failed to establish extraordinary and compelling reasons for granting compassionate release. *United States v. Bethea*, 54 F.4th 826, 831 (4th Cir. 2022) (providing standard). Accordingly, we affirm the district court's orders. *United States v. Ballard*, No. 2:12-cr-00232-RMG-14 (D.S.C. Nov. 14, 2022, & Jan. 4, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*